# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| NORTHSTAR SYSTEMS LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § | CIVIL ACTION NO. 2:20-CV-00403-JRG |
| LULULEMON ATHLETICA INC., | § § § | |
| *Defendant*. | § § | |

## ORDER

Before the Court is Plaintiff Northstar Systems LLC's ("Plaintiff") Notice of Voluntary Dismissal Without Prejudice (the "Notice"). (Dkt. No. 18). In the same, Plaintiff dismisses its claims against Defendant Lululemon Athletica Inc. ("Defendant") without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Having considered the Notice, the Court is of the opinion that the same should be and hereby is **ACCEPTED AND ACKNOWLEDGED**. Accordingly, the Court **RECOGNIZES** that Plaintiff's claims against Defendant are **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **CLOSE** the above-captioned case.

**So Ordered this**

**Apr 22, 2021**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE